No. 01–1125. GREAT LAKES DREDGE & DOCK CO. ET AL. *v.* COMMERCIAL UNION INSURANCE CO. ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–1136. CAMP *v.* WAL-MART STORES, INC. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–1326. KRIVACSKA *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Motion of Scientists Concerned for Reliability of Children's Reports for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 01–1355. PALMER *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to file presentence investigation report under seal granted. Certiorari denied.

No. 01–8775. COLEMAN *v.* BAGLEY, WARDEN. C. A. 6th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.